**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**SHAN FIELDS,**                                                              **PLAINTIFF**
**Reg #09070-010**

**v.**                 **CASE NO. 5:11CV00190 BSM/JTR**

**RAY HOBBS, Director,**                                     **DEFENDANTS**
**Arkansas Department of Corrections, et al.**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's case be DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 21st day of November 2011.

                                                                                       */s/ Brian S. Miller*
                                                                       **UNITED STATES DISTRICT JUDGE**