**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**SHAN FIELDS,**                                                                                               **PLAINTIFF**
**Reg #09070-010**

**v.**                         **CASE NO. 5:11CV00190 BSM/JTR**

**RAY HOBBS, Director,**                                                                              **DEFENDANTS**
**Arkansas Department of Corrections, et al.**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 21st day of November 2011.

_____
UNITED STATES DISTRICT JUDGE